THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE FORNARO, Appellant.

Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.